HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EVAN JAMES POLK, a/k/a JAMES MOZROK,<br><br>    Plaintiff,<br><br>v.<br><br>LEONID GONTMAKHER, and JANE DOE GONTMAKHER, husband and wife, and the marital community composed thereof; CANNEX CAPITAL HOLDINGS, INC., a Canadian corporation; NORTHWEST CANNABIS SOLUTIONS, d/b/a NWCS425.COM, a Washington cannabis licensee; JOHN DOES 1-10 and JANE DOES 1-10, husbands and wives, and the martial communities composed thereof; and XYC LLCs 1-10,<br><br>    Defendants. | Case No. 2:18-cv-01434-RAJ<br><br>[PROPOSED] ORDER GRANTING DEFENDANT LEONID GONTMAKHER'S REQUEST FOR JUDICIAL NOTICE |

THIS MATTER came before the Court on Defendant Leonid Gontmakher's Request for Judicial Notice. Dkt. # 7. Plaintiff has not opposed or responded to Defendant's Request. For the reasons that follow, the Court **GRANTS** Defendant's Request.

Under Rule 201, a court may take judicial notice of "a fact that is not subject to reasonable dispute because it: (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose

[PROPOSED] ORDER GRANTING REQUEST FOR JUDICIAL NOTICE
(Case No. 2:18-cv-01434-RAJ) – 1

**focal** PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

accuracy cannot reasonably be questioned." Fed. R. Evid. 201. Certain public records qualify under the second category, including the "records and reports of administrative bodies." *United States v. Ritchie*, 342 F.3d 903, 909 (9th Cir. 2003) (quoting *Interstate Nat. Gas Co. v. S. Cal. Gas Co.*, 209 F.2d 380, 385 (9th Cir. 1953)). Courts may take judicial notice of, for instance, judicial proceedings in other courts. *Rosales-Martinez v. Palmer*, 753 F.3d 890, 894 (9th Cir. 2014). Courts may also take judicial notice of "authentic documents recorded with a governmental agency." *Gelinas v. U.S. Bank, NA*, No. 16-1468-JLR, 2017 WL 553277, at *3 (W.D. Wash. Feb. 10, 2017).

Here, Defendant Gontmakher requests that the Court take judicial notice of the following public criminal court records for Plaintiff Evan James Polk and public licensing information for Defendant Northwest Cannabis Solutions in connection with Defendant Leonid Gontmakher's Motion to Dismiss Pursuant to FED. R. CIV. P. 12(b)(6):

| **Documents** | **Exhibit** |
| --- | --- |
| Certified criminal court records, *Commonwealth of Virginia v. Evan James Polk*, CR13001117-00, from the Circuit Court of Prince William County, Virginia | Exhibit A |
| Certified criminal court records, *Commonwealth of Virginia v. Evan James Polk*, CR13001118-00, from the Circuit Court of Prince William County, Virginia | Exhibit B |
| Certified criminal court records, *State of Nevada v. Evan James Polk*, Case No. C-10-269539-1 from the District Court for Clark County, Nevada | Exhibit C |
| Northwest Cannabis Solutions marijuana producer/processor Washington business licenses | Exhibit D |
| Washington State Department of Revenue eServices business license information for Northwest Cannabis Solutions (obtained from the business lookup service available at https://secure.dor.wa.gov/home/) | Exhibit E |

The Court considers these documents proper for judicial notice under Rule 201. Moreover, per Rule 201(c), Defendant has supplied the Court with the necessary information to take such judicial notice in the form of copies of the aforementioned documentation. Dkt. # 7, Exs. A-E.

[PROPOSED] ORDER GRANTING REQUEST FOR JUDICIAL NOTICE
(Case No. 2:18-cv-01434-RAJ) – 2

**focal** PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

1  Accordingly, the Court **GRANTS** Defendant's Request for Judicial Notice. Dkt. #
2  7. The Court will take judicial notice of the aforementioned documents attached as
3  Exhibits A-E to Defendant's Request.

   DATED this 27th day of March, 2019.

   _____
   The Honorable Richard A. Jones
   United States District Judge

[PROPOSED] ORDER GRANTING REQUEST FOR JUDICIAL NOTICE
(Case No. 2:18-cv-01434-RAJ) – 3

**focal** PLLC
900 1st Ave. S., Suite 201
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966